# United States Court of Appeals
## For the First Circuit

---

Nos. 05-2650
     05-2651
     05-2652
     05-2839

UNITED STATES OF AMERICA,

Appellee,

v.

JOSÉ RIVERA CALDERÓN,
JESÚS POMALES-PIZARRO,
LEONARDO RIVERA TORRES,
LUIS ROSARIO-RIVAS,

Defendants, Appellants.

---

**ERRATA SHEET**

The opinion of this Court issued on August 26, 2009 is amended as follows:

On the cover page, between "Chief" and "Division", replace "Appellant" with "Appellate".